**DENIED WITHOUT PREJUDICE**
*Maxine M. Chesney*
Judge Maxine M. Chesney

Law Office of Adam Pennella
Adam Pennella, State Bar No. 246260
717 Washington Street
Oakland, CA 94607
Phone (510) 444-4419
Fax (510) 417-4149

Counsel for Defendant
CELLIE STURNS

Dated: March 13, 2012

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CELLIE STURNS,<br><br>    Defendant | Case No.: CR 12-060 MMC<br><br>REQUEST AND [PROPOSED] ORDER WAIVING DEFENDANT'S APPEARANCE |

    Defendant CELLIE STURNS, by and through counsel, hereby requests an Order waiving her appearance at the Status hearing on March 14, 2012 and any other court appearances while she is participating in residential substance abuse treatment.

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant CELLIE STURNS need not be personally present at all court appearances in this matter while she is participating in residential substance abuse treatment, unless specifically ordered otherwise.

    SO ORDERED:

Dated:                                                                                                  _____
                                                                                                                                  Honorable Maxine M. Chesney
                                                                                                                                  United States District Court Judge