```
 1  DAVID J. COHEN, ESQ.
    California Bar No. 145748
 2  **BAY AREA CRIMINAL LAWYERS, PC**
    300 Montgomery Street, Suite 660
 3  San Francisco, CA 94104
    Telephone: (415) 398-3900
 4
 5  Attorneys for Defendant **Joey E. Williams**
 6
                          UNITED STATES DISTRICT COURT
 7
                         NORTHERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,   )   Case No. 12-cr-00060-MMC
                                )
10          Plaintiff,          )
                                )
11  v.                          )   **SUBSTITUTION OF ATTORNEYS AND**
                                )   **[PROPOSED] ORDER THEREON**
12  JOEY EARL WILLIAMS, ET. AL.,)
                                )
13          Defendant.          )
14  _____)
15
        DAVID J. COHEN, ESQ., of Bay Area Criminal Lawyers, PC, is
16
    hereby substituted as attorney of record for defendant JOEY
17
    WILLIAMS in the place and stead of Mark R. Vermeulen, Esq., of Law
18
    Office of Mark R. Vermeulen.
19
                                    Respectfully submitted,
20
                                    **BAY AREA CRIMINAL LAWYERS, PC**
21
22  Dated: April 11, 2012      By: /s/David J. Cohen
                                    DAVID J. COHEN, ESQ.
23
                                    Attorney for Defendant
24                                  **Joey E. Williams**

25  Dated: April 11, 2012          /s/Joey E. Williams
                                    DEFENDANT
26
27
28                                      1
```

| | |
|---|---|
| | **LAW OFFICE OF MARK R. VERMEULEN** |
| Dated: April 11, 2012 | By: /s/Mark R. Vermeulen |
| | MARK R. VERMEULEN, ESQ. |

**IT IS SO ORDERED.**

Dated: April 12 , 2012

~~THE HONORABLE CLAUDIA WILKEN~~
~~UNITED STATES DISTRICT COURT JUDGE~~

MAXINE M. CHESNEY
United States District Judge

2