| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | DEREK OWENS (CABN 230237)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7200 |
| 7 | Fax: (415) 436-7234<br>E-Mail: derek.owens@usdoj.gov |
| 8 | |
| 9 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-0060 MMC |
| Plaintiff, | ) | **ORDER GRANTING** |
| v. | ) | **MOTION** ~~AND [PROPOSED] ORDER~~ **TO DISMISS CHARGES PENDING AGAINST DEFENDANTS SINAFEO TEO, JESUS SEGURA, AND BOBBY LEE JONES, JR.** |
| SINAFEO TEO,<br>JESUS SEGURA, and<br>BOBBY LEE JONES, JR., | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss without prejudice all charges in the above-captioned Indictment pending against defendants SINAFEO TEO, JESUS SEGURA, and BOBBY LEE JONES, JR.

//

MOTION AND [PROPOSED] ORDER TO DISMISS INDICTMENT
CR 94-0092 TEH

Respectfully submitted,

MELINDA HAAG
United States Attorney

DATED: 4/13/2012

_____
MIRANDA KANE
Assistant United States Attorney//

### [PROPOSED] ORDER

The Court hereby grants leave to dismiss the charges in the above-captioned Indictment pending against defendants SINAFEO TEO, JESUS SEGURA, and BOBBY LEE JONES, JR., without prejudice.

IT IS SO ORDERED.

DATED: April 23, 2012

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Court Judge