RICHARD TAMOR
Tamor & Tamor
Law Chambers Building
345 Franklin Street, 3rd Floor
San Francisco, CA 94102
Tel: 415-655-1969
Fax: 415-887-7658
Email: rtamor@TamorLaw.com

Attorneys for Stephanie Yvonne Smith

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**STEPHANIE YVONNE SMITH, et al.,**<br><br>**Defendants.** | **Case No.: CR 12-00060 MMC**<br><br>**UNOPPOSED APPLICATION AND [~~PROPOSED~~] ORDER ALLOWING MS. SMITH TO RETURN TO HER RESIDENCE AFTER COMPLETION OF 90 DAY DRUG TREATMENT PROGRAM AT THE DIRECTION OF PRE-TRIAL SERVICES** |

///

///

The defendant in the above-captioned case, through her counsel of record, hereby makes this request to allow the defendant, STEPHANIE YVONNE SMITH, to return to her home located at 1730 Bay Road, Apt. 320, East Palo Alto, CA 94303, under the direction and supervision of U.S. Pre-Trial Services.

On February 21, 2012, this Court placed MS. SMITH on pre-trial release under certain terms and conditions pursuant to an unsecured $35,000 personal recognizance bond. Doct. # 44.

One of those conditions required MS. SMITH to successfully complete a 90-day in patient drug treatment program at Center Point, Inc. in San Rafael, California. MS. SMITH has been supervised by U.S. Pre-Trial Services Officer Victoria Gibson since her release and has been fully compliant with all the terms and conditions of her release since that date. Ms. SMITH is scheduled to successfully complete Center Point, Inc.'s in patient drug program on May 21, 2012—she is now clean and sober, has gained 30 pounds, and now has a leadership position at Center Point, Inc.

Undersigned counsel for MS. SMITH has communicated with Assistant United States Attorney Kevin Barry, the prosecutor assigned to this matter regarding the requested return of MS. SMITH to her home, and AUSA Barry has **no objection** to MS. SMITH returning home under the direction and supervision of U.S. Pre-Trial Services.

Similarly, undersigned counsel has communicated with U.S. Pre-Trial Services Officer Gibson, and she has no objection to MS. SMITH returning to her residence under the same terms and conditions as originally imposed.

Therefore, MS. SMITH respectfully requests that she be allowed to return to her home located at 1730 Bay Road, Apt. 320, East Palo Alto, CA 94303 under the direction and supervision of the U.S. Pre-Trial Services Office and under the same terms and conditions originally imposed by this Court.

Dated:  May 9, 2012          TAMOR & TAMOR

By:_____/S/_____
        RICHARD TAMOR

ATTORNEYS FOR DEFENDANT
STEPHANIE YVONNE SMITH

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**ORDER**

**GOOD CAUSE** appearing, it is hereby ordered that, after successful completion of Center Point, Inc.'s 90 day in-patient drug treatment program, MS. SMITH be allowed at the direction and supervision of Pre-Trial Services to return to her home located at 1730 Bay Road, Apt. 320, East Palo Alto, CA 94303.  All other terms and conditions of release shall remain the same.

Dated:  May _ 17th ¸ 2012

By:_____
     HON. MARIA ELENA JAMES
     CHIEF U.S. MAGISTRATE JUDGE
     Northern District of California