1  Law Office of Adam Pennella
2  Adam Pennella, State Bar No. 246260
   717 Washington Street
3  Oakland, CA 94607
   Phone (510) 444-4419
4  Fax (510) 417-4149

5  Counsel for Defendant
6  CELLIE STURNS

7
                    UNITED STATES DISTRICT COURT
8
                    NOTHERN DISTRICT OF CALIFORNIA
9
10                     SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,              Case No.: CR 12-060 mmc

13            Plaintiff,

14
                                          STIPULATION AND [PROPOSED]
15       vs.                              ORDER MODIFYING RELEASE
                                          CONDITIONS
16

17  CELLIE STURNS,

18            Defendant

19

20       On February 17, 2012, Ms. Sturns was ordered released pursuant to a number of

21  conditions of release, including that she participate in and reside at the residential substance

22  abuse treatment program at Newbridge Foundation in Berkeley, CA, which was anticipated to be

23  90 days in length. Ms. Sturns has been participating successfully in that program and is

24  scheduled to graduate from the 90 day residential treatment program on May 25, 2012. It is

25  anticipated and agreed by the parties that Ms. Sturns leave the program on that day to return to

26  live with her family at the following address: 307 Wisteria Drive, East Palo Alto, CA 94303.

27

28  //


STIPULATION AND ORDER MODIFYING RELEASE CONDITIONS                                    1

Therefore, the parties hereby stipulate and agree that Ms. Sturns' release conditions should be modified to delete the requirement that Ms. Sturns be required to reside and participate in residential treatment at Newbridge Foundation in Berkeley, CA. Ms. Sturns' pretrial services officer Victoria Gibson agrees with the requested modification of her release conditions.

All other conditions of release shall remain in full force and effect.

SO STIPULATED:

Dated: May 14, 2012                                    _____/s/_____
                                                        Adam Pennella
                                                        Counsel for Cellie Sturns

Dated: May 14, 2012                                    MELINDA HAAG
                                                        UNITED STATES ATTORNEY


                                                        _____/s/_____
                                                        Kevin Barry
                                                        Assistant United States Attorney


SO ORDERED:

Dated: 5-21-/2                                         _____
                                                        Honorable Maria Elena James
                                                        United States Magistrate Judge