JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail: jjayne@campbelljayne.com
CAMPBELL & JAYNE LLP
369 Pine Street, Suite 518
San Francisco, California 94104
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
WILLIE CHARLES WHITE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIE CHARLES WHITE, et al.,<br><br>Defendants. | CASE NO. CR 12-0060 MMC<br><br>***EX PARTE* APPLICATION FOR ORDER PERMITTING LOCAL TRAVEL**<br>~~[Proposed]~~ **Order** |

I, Julia Mezhinsky Jayne, declare:

1. I represent Defendant Willie White in the above-entitled matter. He is currently released on an unsecured $75,000 bond. The purpose of this request is to request travel to the Eastern District of California on June 9-10, 2012 for a family reunion.

2. Mr. White would like permission from the Court to attend a five-generational family reunion in the Modesto/Manteca area on June 9-10, 2012. He will return to the Northern District on June 10, 2012.

3. I have spoken with Pretrial Services Officer Josh Libby, who monitors and supervises Mr. White. He did not object to this request.

3. I have also spoken with AUSA Kevin Barry, who informed me that he has no objection to Mr. White attending this family reunion for one weekend.

4. Based on the foregoing, I respectfully request that the conditions of Mr. White's release may be modified so that he may be permitted to attend this family reunion on June 9-10,

2012 in the Eastern District.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 21, 2012 /S/_____

Julia Mezhinsky Jayne
Attorney for Defendant
Willie White

## ORDER

Based on the foregoing, and good cause appearing:

IT IS HEREBY ORDERED that the conditions of Defendant Willie White's release shall be modified as follows:

Mr. White may travel to and attend a family reunion in the Eastern District of California on June 9-10, 2012. He will return to the Northern District on June 10, 2012.

IT IS FURTHER ORDERED that Defendant Willie White shall provide to Pretrial Services information regarding this local travel and shall otherwise comply with any other conditions imposed by Pretrial Services in connection with this request.

**IT IS SO ORDERED.**

DATED: May 25, 2012 _____
Hon. Maria-Elena James
United States Magistrate Court Judge