1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8   UNITED STATES OF AMERICA,    )    No.  CR-12-0060 MMC (MEJ)
                                 )
9                Plaintiff,      )
                                 )
10  V.                           )    (Proposed) **ORDER**
                                 )
11  DONALD POSTON,               )
                                 )
12                               )    No Hearing Requested
                 Defendant.      )
13  _____)

14

15       FOR GOOD CAUSE SHOWN, the pretrial release conditions of the

16  defendant DONALD POSTON are amended to allow the defendant to

17  travel between the Northern District of California and the

18  Central District of California, from June 7, 2012, and June 11,

19  2012, all other release conditions to remain unchanged.

20       Prior to any such travel, the defendant is to provide a

21  travel itinerary to United States Pretrial Services and inform

22  Pretrial Services upon his return.

23

24  **IT IS SO ORDERED**

25  Date: June $\not{D}$ , 2012.

26

27
                              HON. MARIA-ELANA JAMES
28                            Chief, United States Magistrate Judge