Law Office of Adam Pennella
Adam Pennella, State Bar No. 246260
717 Washington Street
Oakland, CA 94607
Phone (510) 444-4419
Fax (510) 417-4149

Counsel for Defendant
CELLIE STURNS

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 12-060 MMC |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANT TO TRAVEL |
| CELLIE STURNS, | |
| Defendant | |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant CELLIE STURNS may travel outside the Northern District of California to and within the Eastern District of California on June 30, 2012 and July 7, 2012. On June 30, 2012, Ms. Sturns and her family plan to visit her niece, who lives in Sacramento, CA. On July 7, 2012, Ms. Sturns and her elderly mother plan to visit Cache Creek Casino, located in Sacramento, CA.

United States Pretrial Services Officer Josh Libby has advised Ms. Sturns' counsel that he does not object to the travel proposed by this stipulation.

STIPULATION AND ORDER ALLOWING DEFENDANT TO TRAVEL 1

It is further ORDERED that Ms. Sturns shall communicate with Pretrial Services before, during (if directed by Pretrial Services) and immediately after the proposed travel. Ms. Sturns is further ordered to provide Pretrial Services with a way to contact her during this travel.

All other terms of Ms. Sturns' pretrial release shall remain in effect.

SO STIPULATED:

Dated: June 12, 2012 _____/s/_____
Adam Pennella
Counsel for Cellie Sturns

Dated: June 12, 2012 MELINDA HAAG
UNITED STATES ATTORNEY

_____/s/_____
Kevin Barry
Assistant United States Attorney

SO ORDERED:

Dated: 6/14/12

Honorable Maria Elena James
United States Magistrate Judge