UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-12-0060 MMC (MEJ) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ~~(Proposed)~~ **ORDER** |
| DONALD POSTON, | ) | |
| Defendant. | ) | No Hearing Requested |

FOR GOOD CAUSE SHOWN, the pretrial release conditions of the defendant DONALD POSTON are amended to allow the defendant to travel between the Northern District of California and the Central District of California, from June 7, 2012, and June 11, 2012, all other release conditions to remain unchanged.

Prior to any such travel, the defendant is to provide a travel itinerary to United States Pretrial Services and inform Pretrial Services upon his return.

**IT IS SO ORDERED**

Date: June 24, 2012.

HON. MARIA-ELANA JAMES
Chief, United States Magistrate Judge