1  Jeffrey L. Bornstein (SBN 99358)
   jeff.bornstein@klgates.com
2  Alexandra P. Summer (SBN 266485)
   alexa.summer@klgates.com
3  K&L GATES LLP
   4 Embarcadero Center, Suite 1200
4  San Francisco, California 94111
   Telephone: (415) 882-8200
5  Facsimile: (415) 882-8220

6  Attorneys for Defendant
   BENJAMIN LEE WILLIAMS
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           PLAINTIFF,<br><br>    v.<br><br>BENJAMIN LEE WILLIAMS, et al.,<br><br>           DEFENDANTS. | Case No. 3:12-cr-060-MMC-10<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF DEFENDANT BENJAMIN WILLIAMS' CONDITIONS OF RELEASE** |

| | | |
|---|---|---|
| 1 | Pending trial in this action, Defendant Benjamin Williams has been subject to conditions of | |
| 2 | release including electronic monitoring, which conditions specify that he "may leave home for the | |
| 3 | purpose of court, medical needs, treatment or as permitted by Pretrial." (Dkt. No. 18.) Defendant | |
| 4 | B. Williams has been supervised by Pretrial Services Officer Anthony Granados and has done well on | |
| 5 | supervision. Defendant B. Williams has requested that he be allowed more flexibility to leave the | |
| 6 | house during the day, as discussed with Officer Granados and government counsel. The parties and | |
| 7 | Officer Granados have agreed to request that Defendant B. Williams' conditions of release be | |
| 8 | modified so that he may be subject to electronic monitoring with a curfew from 5 p.m. to 10 a.m., so | |
| 9 | that he may leave home between 10 a.m. and 5 p.m. and at other times as permitted by Pretrial, and | |
| 10 | that all other conditions of release remain in effect. | |

K&L GATES LLP

Dated: August 1, 2012              By:     */s/ Alexandra P. Summer*
                                           Jeffrey L. Bornstein
                                           Alexandra P. Summer
                                           Attorneys for Defendant Benjamin Lee
                                           Williams


UNITED STATES ATTORNEY'S OFFICE

Dated: August 1, 2012              By:     */s/ Kevin Barry*
                                           Kevin Barry
                                           Assistant United States Attorney

---

3:12-cr-060-MMC-10                            1
STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF DEFENDANT
BENJAMIN WILLIAMS' CONDITIONS OF RELEASE

**~~[PROPOSED]~~ ORDER**

The conditions of release of Defendant Benjamin Williams are hereby modified as follows: he shall be subject to electronic monitoring with a curfew from 5 p.m. to 10 a.m., and he may leave home between 10 a.m. and 5 p.m. and at other times as permitted by Pretrial. All other conditions of release remain in effect.

IT IS SO ORDERED.

Dated: August 14, 2012

_____
MAGISTRATE JUDGE MARIA-ELENA JAMES