RICHARD TAMOR
Tamor & Tamor
Law Chambers Building
345 Franklin Street, 3rd Floor
San Francisco, CA 94102
Tel: 415-655-1969
Fax: 415-887-7658
Email: rtamor@TamorLaw.com

Attorneys for Stephanie Yvonne Smith

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>vs.<br><br>**STEPHANIE YVONNE SMITH, et al.,**<br><br>**Defendants.** | Case No.: CR 12-00060 MMC<br><br>**UNOPPOSED APPLICATION AND [PROPOSED] ORDER ALLOWING MS. SMITH TO TRAVEL TO AND FROM TULARE, CALIFORNIA FOR A FAMILY REUNION BETWEEN AUGUST 16, 2012 TO AUGUST 18, 2012** |

///

///

The defendant in the above-captioned case, through her counsel of record, hereby makes this request to allow the defendant, STEPHANIE YVONNE SMITH, to travel to and from Tulare, California, from August 16, 2012 to August 18, 2012 for a family reunion.

On February 21, 2012, this Court placed MS. SMITH on pre-trial release under certain terms and conditions pursuant to an unsecured $35,000 personal recognizance bond. Doct. # 44. One of those conditions required MS. SMITH to successfully complete a 90-day in patient drug

treatment program at Center Point, Inc. in San Rafael, California.  Ms. SMITH successfully completed Center Point, Inc.'s in patient drug program on May 21, 2012 and returned to her home in East Palo Alto.  MS. SMITH has been supervised by U.S. Pre-Trial Services Officer Josh Libby since her release and has been in substantial compliance with all the terms and conditions of her release since that date.

Undersigned counsel for MS. SMITH has communicated with Assistant United States Attorney Kevin Barry, the prosecutor assigned to this matter regarding the requested travel, and AUSA Barry has **no objection** to the requested travel under the direction and supervision of U.S. Pre-Trial Services.

Similarly, undersigned counsel has communicated with U.S. Pre-Trial Services Officer Libby, and she has **no objection** to the requested travel by MS. SMITH.

Therefore, MS. SMITH respectfully requests that she be allowed to travel to and from Tulare, Calfornia between August 16, 2012, and August 18, 2012, under the direction and supervision of the U.S. Pre-Trial Services Office.

Dated:  August 3, 2012        TAMOR & TAMOR

By:_____/S/_____
    RICHARD TAMOR
ATTORNEYS FOR DEFENDANT
STEPHANIE YVONNE SMITH

///

**ORDER**

**GOOD CAUSE** appearing, it is hereby ordered that MS. SMITH be allowed to travel to and from Tulare, California between August 16, 2012 to August 18, 2012, at the direction and supervision of Pre-Trial Services. All other terms and conditions of release shall remain the same.

Dated: August __14__, 2012

By:_____
HON. MARIA ELENA JAMES
CHIEF U.S. MAGISTRATE JUDGE
Northern District of California

UNOPPOSED APPLICATION FOR TRAVEL
CR 12-00060 MMC