IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0060 MMC |
| Plaintiff, | **ORDER CONTINUING HEARING ON DEFENDANT JOEY EARL WILLIAMS' MOTION TO CHANGE MOTION SCHEDULE** |
| v. | |
| FREDERICK ANDERSON, JR., et al., | |
| Defendants. | |

Before the Court is defendant Joey Earl Williams' Motion to Change Motion Schedule, filed August 22, 2012 and noticed for hearing on September 5, 2012. Also before the Court is defendant Benjamin Lee Williams' Motion to Compel the Government to Produce Discovery, filed August 27, 2012 and noticed for hearing on September 12, 2012. Because said motions raise related issues, the Court finds it appropriate to hear them on the same date.

Accordingly, the hearing on defendant Joey Earl Williams' motion is hereby CONTINUED to September 12, 2012, at 2:15 p.m.

**IT IS SO ORDERED.**

Dated: August 29, 2012

MAXINE M. CHESNEY
United States District Judge