Jeffrey L. Bornstein (CA Bar No. 99358)
Jeffrey.Bornstein@klgates.com
Alexandra P. Summer (CA Bar No. 266485)
Alexa.Summer@klgates.com
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
BENJAMIN LEE WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BENJAMIN LEE WILLIAMS, et al.,<br><br>　　　　　　　Defendants. | Case No. 3:12-cr-060-MMC-10<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION OF ALEXANDRA P. SUMMER REGARDING WIRETAP MATERIALS IN SUPPORT OF DEFENDANT BENJAMIN WILLIAMS' MOTION TO COMPEL THE GOVERNMENT TO PRODUCE DISCOVERY AND [Proposed] ORDER** |

# ADMINISTRATIVE MOTION

Pursuant to Criminal Local Rule 55-1(b) and Civil Local Rule 79-5(b), Defendant Benjamin Williams hereby moves to file under seal the Declaration of Alexandra P. Summer Regarding Wiretap Materials in Support of Defendant Benjamin Williams' Motion to Compel the Government to Produce Discovery. Because the Declaration contains information that may not be disclosed by defense counsel pursuant to the court order attached to the Declaration, and because the request has been narrowly-tailored to seek sealing only of sealable material, Defendant Williams requests that the Court order the Declaration to be filed under seal.

K&L GATES LLP

Dated: August 27, 2012   By:   /s/ Jeffrey L. Bornstein
                                Jeffrey L. Bornstein
                                Alexandra P. Summer
                                Attorneys for Defendant Benjamin Lee
                                Williams

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that Defendant Benjamin Williams' Administrative Motion to File Under Seal the Declaration of Alexandra P. Summer Regarding Wiretap Materials in Support of Defendant Benjamin Williams' Motion to Compel the Government to Produce Discovery is hereby GRANTED. The Clerk shall file the Declaration Regarding Wiretap Materials Under Seal.

IT IS SO ORDERED.

Dated: September 4, 2012

Maxine Chesney
UNITED STATES DISTRICT JUDGE

---

1

3:12-cr-060-MMC-10
ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION REGARDING WIRETAP MATERIALS AND [Proposed] ORDER