UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-0060 MMC |
| Plaintiff, | ) | |
| v. | ) | ~~(Proposed)~~ **ORDER** |
| DONALD POSTON, | ) | |
| Defendant. | ) | No Hearing Requested |

FOR GOOD CAUSE SHOWN, the Court finds that the defendant, DONALD POSTON, has knowingly and intelligently waived his right to personally attend the hearing now scheduled for September 12, 2012, and is excused from personally attending the hearing.

**IT IS SO ORDERED**

Date: September 10, 2012.

_____
HON. MAXINE M. CHESNEY
United States District Judge