Jeffrey L. Bornstein (SBN 99358)
jeff.bornstein@klgates.com
Leanne E. Hartmann (SBN 264787)
leanne.hartmann@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
BENJAMIN LEE WILLIAMS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF, <br><br> v. <br><br> DONALD POSTON, et al., <br><br> DEFENDANTS. | Case No. 3:12-cr-060-MMC-10 <br><br> **STIPULATION ~~AND [PROPOSED] ORDER CONTINUING OCTOBER 31, 2012, STATUS CONFERENCE AND HEARING DATE~~** <br><br> **ORDER DENYING STIPULATION** |

The parties are currently set for a status conference and motion hearing on Wednesday, October 31, 2012. The parties were originally scheduled to attend a settlement conference on Wednesday, October 10, 2012, and it was anticipated that the parties may be in a position to resolve the case prior to the October 31 hearing. That settlement conference, however, has been continued until November 29, 2012. Therefore, the parties stipulate to continue the status conference to December 5, 2012, in anticipation that the parties will be in a position at that time to resolve the case or to reset the motions and trial dates.

Respectfully submitted,

LAW OFFICE OF JOHN J. JORDAN

Dated: October 30, 2012  By: */s/ John J. Jordan*
John J. Jordan
Attorney for Defendant Donald Poston

K&L GATES LLP

Dated: October 30, 2012  By: */s/ Jeffrey L. Bornstein*
Jeffrey L. Bornstein
Leanne E. Hartmann
Attorneys for Defendant Benjamin Lee Williams

BAY AREA CRIMINAL LAWYERS, PC

Dated: October 30, 2012  By: */s/ David J. Cohen*
David J. Cohen
Attorney for Defendant Joey Earl Williams

LAW OFFICE OF GEORGE C. BOISSEAU

Dated: October 30, 2012  By: */s/ George C. Boisseau*
George C. Boisseau
Attorney for Defendant Joseph Earl Lamont Williams

---

3:12-cr-060-MMC-10  1
STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND HEARING DATE

| | |
|---|---|
| | UNITED STATES ATTORNEY'S OFFICE |
| Dated: October 30, 2012 | By: /s/ Kevin Barry |
| | Kevin Barry |
| | Assistant United States Attorney |

**ECF ATTESTATION**

I, Jeffrey L. Bornstein, attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER CONTINUING OCTOBER 31, 2012, STATUS CONFERENCE AND HEARING DATE** has been obtained from the signatories, in compliance with General Order 45, X.B.

| | |
|---|---|
| | K&L GATES LLP |
| Dated: October 30, 2012 | By: /s/ Jeffrey L. Bornstein |
| | Jeffrey L. Bornstein |
| | Attorneys for Defendant Benjamin Lee Williams |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The status conference ~~and motion hearing date originally~~ scheduled for October 31, 2012, ~~are~~ |
| 3 | ~~continued until December 5, 2012, at 2:15 p.m.~~ remains as scheduled. The parties' stipulation is hereby DENIED. |
| 4 | IT IS SO ORDERED. |

Dated: October 30, 2012

_____
JUDGE MAXINE M. CHESNEY