ORIGINAL

E-filing

Jeffrey L. Bornstein (SBN 99358)
jeff.bornstein@klgates.com
Leanne E. Hartmann (SBN 264787)
leanne.hartmann@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
BENJAMIN LEE WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>BENJAMIN LEE WILLIAMS, et al.,<br><br>DEFENDANTS. | Case No. 3:12-cr-060-MMC-10<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL RELEASE CONDITIONS OF DEFENDANT BENJAMIN WILLIAMS** |

1  Subject to the Court's confirming Order, and with the concurrence of Pretrial Services, the
2  United States, and Benjamin Williams hereby stipulate that Mr. Williams' pretrial release conditions
3  shall be modified to delete the requirement of electronic monitoring and the curfew conditions.  Mr.
4  Williams shall be required to report to Pretrial Services as directed and to abide by all of the other
5  conditions of release previously set by the Court.

K&L GATES LLP

Dated:  December 5, 2012     By: _____
                                  Jeffrey L. Bornstein
                                  Leanne E. Hartmann
                                  Attorneys for Defendant Benjamin Lee
                                  Williams

UNITED STATES ATTORNEY'S OFFICE

Dated:  December 5, 2012     By: _____
                                  Kevin Barry
                                  Assistant United States Attorney

**ECF ATTESTATION**

I, Jeffrey L. Bornstein, attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL RELEASE CONDITIONS OF DEFENDANT BENJAMIN WILLIAMS** has been obtained from signatory Kevin Barry, in compliance with General Order 45, X.B.

Dated:  December 5, 2010     By: _____
                                  Jeffrey L. Bornstein

**[~~PROPOSED~~] ORDER**

The conditions of release of Defendant Benjamin Williams are hereby modified to delete the requirement of electronic monitoring and the curfew conditions. Mr. Williams shall be required to report to Pretrial Services as directed. All other conditions of release remain in effect.

IT IS SO ORDERED.

Dated: December 5, 2012

_____
Honorable Maxine M. Chesney