MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: kevin.barry@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD POSTON, ) <br> BENJAMIN LEE WILLIAMS, ) <br> JOEY EARL WILLIAMS, and ) <br> JOSEPH EARL LAMONT WILLIAMS, ) <br> ) <br> Defendants. ) <br> _____) | No. CR 12-0060 MMC <br><br> **STIPULATION AND [PROPOSED] PROTECTIVE ORDER** |

**INTRODUCTION**

This case involves a number of recorded controlled purchases of narcotics between a confidential informant working for the FBI (the "CI") and others, including one of the defendants in this case. These controlled purchases are included in the statement of probable cause supporting the interception of wire communications that led to evidence against Defendants. To this point, the recordings of these purchases (the "recordings") have been made available to Defendants for viewing only at the United States Attorney's Office. Counsel for Defendants have requested their own copies of these recordings for review. The government has

agreed to provide copies to counsel, subject to the following agreed conditions.

**STIPULATION**

The United States and Defendants agree that the disclosure of the recordings will be subject to the following conditions:

1. Defense counsel shall not make any copies of the recordings and shall not allow anyone else to make copies, such as through physical copying, uploading to the Internet, or by any other means.

2. Defense counsel shall not provide access to these recordings to Defendants without counsel being present.

3. The recordings shall be maintained at defense counsels' offices at all times.

4. Only the following individuals (the "defense team") shall be permitted to review the recordings:

    a. Defense counsel;

    b. Persons employed by defense counsel who are assisting with the preparation of the defense;

    c. Any expert retained on behalf of Defendants to assist in the defense of this matter;

    d. Any investigator retained on behalf of Defendants to assist in the defense of this matter; and

    e. Defendants, but only in the presence of counsel.

5. To the extent that the CI can be identified through review of the recordings, the defense team shall not disclose the identity of the CI to anyone outside the defense team.

6. The information on the recordings shall not be used outside this case.

//
//
//
//
//

7. At the conclusion of the case, the defense team must either destroy the recordings or return them to counsel for the government.

SO STIPULATED.

DATED: January 28, 2013
      /s/
KEVIN J. BARRY
Assistant United States Attorney

DATED: January 28, 2013
      /s/
JOHN J. JORDAN
Attorney for DONALD POSTON

DATED: January 28, 2013
      /s/
JEFFREY L. BORNSTEIN
Attorney for BENJAMIN WILLIAMS

DATED: January 28, 2013
      /s/
DAVID J. COHEN
Attorney for JOEY EARL WILLIAMS

DATED: January 28, 2013
      /s/
GEORGE C. BOISSEAU
Attorney for JOSEPH WILLIAMS

IT IS SO ORDERED.

DATED: January 29, 2013
Hon. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE