UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-0060 MMC (MEJ) |
| Plaintiff, | ) | |
| v. | ) | ~~(Proposed)~~ **ORDER** |
| DONALD POSTON, | ) | |
| Defendant. | ) | No Hearing Requested |

FOR GOOD CAUSE SHOWN, the pretrial release conditions of the defendant DONALD POSTON are amended to allow the defendant to travel between the Northern District of California and the Eastern District of California, from March 22, 2013, and March 24, 2013, all other release conditions to remain unchanged.

Prior to any such travel, the defendant is to provide a travel itinerary to United States Pretrial Services and inform Pretrial Services upon his return.

**IT IS SO ORDERED**

Date: March 20, 2013.

_____
HON. MARIA-ELANA JAMES
Chief, United States Magistrate Judge