MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY  (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD POSTON,<br>BENJAMIN LEE WILLIAMS,<br>JOEY EARL WILLIAMS, and<br>JOSEPH EARL LAMONT WILLIAMS,<br><br>    Defendants. | No.  CR 12-0060 MMC<br><br>**STATUS REPORT AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME** |

The United States submits this Status Report and [Proposed] Order to inform the Court about developments in the case and to request that the status hearing scheduled for Wednesday, March 27, 2013 be moved.

Since the last status hearing, the government has sent to the document repository video and audio recordings of the transactions involving the defendants and the transactions that form part of the basis for the probable cause in the wiretap affidavit.  Those recordings are being processed and will be distributed shortly.  The parties continue to engage in settlement discussions, which should be aided by consideration whether there is any basis to challenge the

wiretap through analysis of those video and audio recordings.

The parties have agreed to move date for the status hearing from March 27, 2013 to the Court's criminal calendar on April 24, 2013. I have met and conferred with all defense counsel about this change, and all are in agreement that the date should be moved.

On April 24, 2013, the parties should be prepared to set motions or changes of plea. If any of the defendants reach a resolution through a plea agreement prior to that time, a change of plea can be calendared earlier.

The government believes that an exclusion of time under 18 U.S.C. § 3161 is appropriate for effective preparation of counsel, to enable counsel to view and listen to the recordings. The government has conferred with defense counsel about this exclusion, and none oppose it.

For these reasons, the government respectfully requests that the Court vacate the March 27, 2013 date for status and set the matter for a status hearing on April 24, 2013, and that the Court exclude the time period from March 27, 2013 through April 24, 2013 from any calculation under 18 U.S.C. § 3161.

Respectfully submitted,

MELINDA HAAG
United States Attorney

DATED: March 26, 2013

　　　　　/s/
KEVIN J. BARRY
Assistant United States Attorney

[PROPOSED] ORDER

IT IS SO ORDERED.

DATED: March 26, 2013

Hon. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE