```
                                                    FILED
                                                  JUN 5 2013
                                              RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
                                           NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-0060 MMC (MEJ) |
| Plaintiff, | ) | |
| v. | ) | (~~Proposed~~) **ORDER** |
| DONALD POSTON, | ) | |
| Defendant. | ) | No Hearing Requested |

FOR GOOD CAUSE SHOWN, the pretrial release conditions of the defendant DONALD POSTON are amended to allow the defendant to travel between the Northern District of California and the Central District of California, between June 13, 2013, and June 16, 2013, all other release conditions to remain unchanged.

Prior to any such travel, the defendant is to provide a travel itinerary to United States Pretrial Services and inform Pretrial Services upon his return.

**IT IS SO ORDERED**

Date: June ⌇, 2013.

HON. MARIA-ELANA JAMES
Chief United States Magistrate Judge