UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-0060 MMC |
| Plaintiff, | ) | |
| V. | ) | (~~Proposed~~) **ORDER** |
| DONALD POSTON, | ) | |
| Defendant. | ) | No Hearing Requested |

FOR GOOD CAUSE SHOWN, the defendant DONALD POSTON is excused from personally appearing at the upcoming court hearing on June 12, 2013. Counsel for the defendant shall subsequently inform the defendant of the court proceedings that take place during the hearing, and the next scheduled court appearance.

**IT IS SO ORDERED**

Date: June 10, 2013.

_____
HON. MAXINE M. CHESNEY
United States District Judge